UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |
| VPX LIQUIDATING TRUST, by and through its Liquidating Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 24-01009-PDR |
| JOHN H. OWOC, MEGAN ELIZABETH OWOC, JONATHAN W. OWOC, BRANDEN SHAW, DAVID RUNNEBAUM, JWO REAL ESTATE INVESTMENT I, LLC, JWO REAL ESTATE INVESTMENT II LLC, JW OWOC ENTERPRISES, LLC, 167 SPYGLASS LN LLC, 120 SPYGLASS LN LLC, 3 PELICAN DR LLC, TROPICAL SUNSET LLC, STAG DEVELOPMENT LLC, SHAW INVESTMENTS & REALTY, INC., ELITE ISLAND LLC, JHO GA-1 INVESTMENT, LLC, JHO NV-1 INVESTMENT LLC, SHERIDAN REAL ESTATE INVESTMENT A, LLC, SHERIDAN REAL ESTATE INVESTMENT B, LLC, and SHERIDAN REAL ESTATE INVESTMENT C, LLC, | |
| Defendants. | |
| _____/ | |

**JOINT STIPULATION FOR DISMISSAL
<u>WITH PREJUDICE AS TO DEFENDANT DAVID RUNNEBAUM</u>**

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

Plaintiff, the VPX Liquidating Trust (the "Liquidating Trust" or "Plaintiff") in the above-captioned adversary proceeding, by and through their respective counsel pursuant to Fed. R. Bank. P. 7041(a)(1)(A)(ii), hereby stipulates to the dismissal of this action with prejudice as to Defendant, David Runnebaum, only, with each party to bear their own attorneys' fees and costs.

Dated: November 7, 2025

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **BAST AMRON LLP** |
| Jeffrey L. Cohen, Esq. (*admitted pro hac vice*)<br>Eric Chafetz, Esq. (*admitted pro hac vice*)<br>Michael A. Kaplan, Esq. (*admitted pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br>Email: jcohen@lowenstein.com<br>Email: echafetz@lowenstein.com<br>Email: mkaplan@lowenstein.com | By: ___/s/ *Peter Klock*___<br>Brett M. Amron (FBN 0148342)<br>Peter J. Klock, II (FBN 103915)<br>One Southeast Third Avenue, Suite 2410<br>Miami, Florida 33131<br>Telephone: (305) 379-7904<br>Facsimile: (786) 206-8740<br>Email: bamron@bastamron.com<br>Email: pklock@bastamron.com |

*Counsel to the Liquidating Trust*

LAW OFFICE OF MARK S. ROHER, P.A.
*Counsel for David Runnebaum*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028 (Main Office)
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200
By: /s/ *Mark S. Roher*___
 Mark S. Roher, Esq.
 Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025, a true and correct copy of the foregoing is being served on all parties registered to receive electronic notifications in this case via CM/ECF and on Defendants John H. Owoc, Megan E. Owoc, Elite Island LLC, JHO GA-1 Investment LLC, JHO NV-1 Investment LLC, Sheridan Real Estate Investment A, LLC, Sheridan Real Estate Investment B, LLC and Sheridan Real Estate Investment C, LLC at the following addresses:

John H. Owoc and Megan Elizabeth Owoc
6278 N. Federal Hwy., #220
Fort Lauderdale, FL 33308

Sheridan Real Estate Investment A, LLC and
Sheridan Real Estate Investment C, LLC
Erica W. Stump, P.A. Registered Agent
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
And by Serving John H. Owoc at the address above as Member of both LLCs

Sheridan Real Estate Investment B, LLC
Corporate Creations Network, Inc., Registered Agent
801 U.S. Highway 1
North Palm Beach, FL 33408
And by Serving John H. Owoc at the address above as Member of the LLC

Elite Island, LLC
John H. Owoc, Registered Agent
6278 N. Federal Hwy., #220
Fort Lauderdale, FL 33308
And on John H, Owoc at the address above as Manager and Member of the LLC

JHO GA-I Investment LLC and
JHO NV-I Investment LLC
Corporate Creations Network, Inc., Registered Agent
801 U.S. Highway 1
North Palm Beach, FL 33408
And by Serving John H. Owoc at the address above as Manager and Member of the LLC

                                                /s/ *Peter Klock*
                                                Peter J. Klock, II