UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC. *et al.*,

     Debtors.

_____/

VPX LIQUIDATING TRUST, by and through its
Liquidating Trustee,

          Plaintiff,

v.

JOHN H. OWOC, *et al.*,

          Defendant(s).

_____/

Case No. 22-17842-PDR

Chapter 11

Adv. Pro. No. 24-01009-PDR

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** of the appearance of the undersigned, Stanley Q. Casey, of the

Law Offices of Stanley Q. Casey PLLC, as counsel for Defendants, JOHN H OWOC, MEGAN

OWOC, ELITE ISLAND LLC, JHO GA-1 INVESTMENTS, LLC, JHO NV-1 INVESTMENT,

LLC, SHERIDAN REAL ESTATE INVESTMENT A, LLC, SHERIDAN REAL ESTATE

INVESTMENT B, LLC, and SHERIDAN REAL ESTATE INVESTMENT C, LLC, in the above-

referenced matter. All future pleadings, correspondence, etc., should be directed to the undersigned

as counsel for Defendants.

Dated:  April 12, 2026

Respectfully submitted,

By:     /s/ *Stanley Q. Casey, Esq.*
        Stanley Q. Casey, Esq.
        Florida Bar No.: 1031011
        LAW OFFICES OF STANLEY Q. CASEY PLLC
        515 N Flagler Dr., Suite 350
        West Palm Beach, FL 33401
        Telephone: (305) 946-1510
        Fax: (561) 468-2589
        Email: scasey@sqcaseylaw.com

*Attorney for Defendants John H Owoc, Megan Owoc, Elite Island LLC, JHO GA-1 Investments, LLC, JHO NV-1 Investment, LLC, Sheridan Real Estate Investment A, LLC, Sheridan Real Estate Investment B, LLC, Sheridan Real Estate Investment C, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 12, 2026, a true and correct copy of the foregoing was served on all parties receiving notice by CM/ECF.

/s/ *Stanley Q. Casey, Esq.*
Stanley Q. Casey, Esq.

2